UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DLI ASSETS, LLC.
        Plaintiff,                             Case No.: 6:17-cv-1953-ACC-GJK
vs.

UNIVERSAL PROCESSING NETWORK, LLC
MICHAEL AVERBUKH
        Defendant.
and

REGIONS BANK, NA,
        Garnishee.
_____/

## AMENDED MOTION FOR ORDER ALLOWING ENTRY INTO SAFE DEPOSIT BOX

**COMES NOW** Plaintiff, by its counsel, and moves this Court for entry of an Order allowing Plaintiff to secure entry into a Safe Deposit Box in the name and under the control of Defendant(s) at Garnishee, Regions Bank, N.A., and as grounds therefore states as follows:

1. That Garnishee in its Answer stated that it had in its possession a Safe Deposit Box in the name of MICHAEL AVERBUKH under the control of Defendant(s) and that the same had been placed on "hold".

2. Plaintiff does not have the key for entry to the Safe Deposit Box, and needs an Order directing Garnishee, Regions Bank, N.A. to have the Safe Deposit Box opened and the proceeds inventoried and reported to the Court. Upon completion

of the inventory, if Plaintiff seeks to take possession of any contents, Plaintiff will file the appropriate motion. The Garnishee will retain possession of any contents following the inventory, pending any further motion.

3. Plaintiff's Judgment remains unpaid and Plaintiff is entitled to have any valuables owned by Defendant(s) in the possession of Garnishee with an aggregate value not to exceed the amount of Plaintiff's Judgment.

4. That Plaintiff agrees to pay all expenses incurred as a result of obtaining entry into the Safe Deposit Box.

5. The undersigned has attempted to contact Defendant pursuant to locale rule 3.01(g) but has been unable to make contact to determine if they oppose or agree to the motion.

**WHEREFORE,** Plaintiff moves this Court for entry of an Order allowing Plaintiff to secure entry into the Safe Deposit Box for the purpose of inventorying the contents thereof and to file such inventory with this court.

Respectfully submitted,

By:_____
Jonathan P. Hempfling
Florida Bar No. 89067
MARCADIS SINGER, P.A.
5104 South Westshore Blvd.
Tampa, FL  33611
Telephone:(813)288-1881/Fax:(813)288-9678
E-mail: jhempfling@marcadislaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Universal Processing Network, LLC, and Michael Averbukh, Defendants, at 4820 Kensington Park Blvd, Orlando FL 32819 this ___2nd___ day of March, 2023.

                                          Respectfully submitted,

                                          By:_____
                                          Jonathan P. Hempfling
                                          Florida Bar No. 89067
                                          MARCADIS SINGER, P.A.
                                          5104 South Westshore Blvd.
                                          Tampa, FL  33611
                                          Telephone:(813)288-1881/Fax:(813)288-9678
                                          E-mail: jhempfling@marcadislaw.com
                                          ATTORNEY FOR PLAINTIFF

230302/97691/KEG

This is a communication from a debt collector. We are attempting to collect a debt. Any information you provide may be used for that purpose.